UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-00092-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERRICK LAMONT MASSENBURG | ORDER TO SEAL |

On motion of the defendant, Derrick Lamont Massenburg, and for good cause shown, it is hereby ORDERED that **DE 231** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __13__ day of November, 2025.

JAMES C. DEVER III
United States District Court Judge